IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO SANTIAGO-ESPINOSA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-2677 |
| | : | |
| WELLPATH MEDICAL, CORRECT CARE SOLUTIONS, P.A. JOE WALSH, DEPARTMENT OF CORRECTIONS | : : : : | |

# ORDER

**AND NOW**, this 26th day of July 2022, consistent with our obligations to screen an incarcerated person's Complaint under 28 U.S.C. § 1915A after having permitted the incarcerated person to proceed without paying the filing fees (ECF Doc. No. 5), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's claims for damages under the Pennsylvania Constitution are **DISMISSED** with prejudice;

2. Plaintiff's remaining claims against all Defendants are **DISMISSED** without prejudice for him to file an amended Complaint on or before **August 31, 2022** if he can plead the personal involvement of the physician's assistant or a policy and custom of supervising entities consistent with the accompanying Memorandum and claim more than mere medical negligence; and,

3. The Clerk of Court shall not issue summons until further Order.

_____
**KEARNEY, J.**