IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PEDRO SANTIAGO-ESPINOSA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-2677 |
| | : | |
| **WELLPATH MEDICAL, CORRECT CARE SOLUTIONS, P.A. JOE WALSH, DEPARTMENT OF CORRECTIONS** | : : : : | |

# ORDER

**AND NOW**, this 22nd day of August 2022, upon further review of our July 26, 2022 Order (ECF Doc. No. 8) and accompanying Memorandum (ECF Doc. No. 7) consistent with our obligations to screen an incarcerated person's Complaint, and for reasons in the accompanying Memorandum clarifying which dismissed pro se claims may be amended, it is **ORDERED**:

1. We **VACATE** our July 26, 2022 Memorandum and Order (ECF Doc. Nos. 7, 8);

2. Plaintiff's claims against the Department of Corrections and for damages under the Pennsylvania Constitution are **DISMISSED** with prejudice;

3. We **DISMISS** the Department of Corrections as immune from these claims;

4. Plaintiff's remaining claims against Wellpath Medical, Correct Care Solutions, and P.A. Joe Walsh are **DISMISSED** without prejudice for Plaintiff to file an amended Complaint on or before **September 27, 2022** if he can plead the personal involvement of P.A. Joe Walsh or a policy or custom of the medical entities consistent with the accompanying Memorandum; and,

5. The Clerk of Court shall not issue summons until further Order.

_____
**KEARNEY, J.**