# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO SANTIAGO-ESPINOSA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-2677 |
| | : | |
| WELLPATH MEDICAL, CORRECT | : | |
| CARE SOLUTIONS, P.A. JOE | : | |
| WALSH, DEPARTMENT OF | : | |
| CORRECTIONS | : | |

## ORDER

**AND NOW**, this 30th day of January 2023, upon considering Plaintiff's failure to file an amended Complaint consistent with our December 20, 2022 Order (ECF Doc. No. 20), it is **ORDERED** Plaintiff's claims are **DISMISSED** and the Clerk of Court shall **CLOSE** this case.

_____
**KEARNEY, J.**